NIGHT BOX
FILED

FEB 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO. 0-06165
CIV-ZLOCH
MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

LEA BUTKETAIT
A/K/A LEA MODENOS,

                    Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1.  Did this case originate from a matter pending in the

Central Region of the United States Attorney's Office prior to

April 1, 1999?_____Yes ___✓___No

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

                    BY:  MARY F. DOOLEY
                         ASSISTANT U.S. ATTORNEY
                         99 N.E. 4TH STREET
                         Suite 300
                         Miami, FL 33132
                         Tel No. (305) 961-9376
                         Fax No. (305) 530-7195
                         Bar No. A5500282

DATED ___1/31/00___