UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-06165-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff

vs.

LEA BUTKETAIT
A/K/A LEA MODENOS,

    Defendant,
_____/

## SETTLEMENT AGREEMENT AND STIPULATION
## FOR ENTRY OF DISMISSAL WITHOUT PREJUDICE

**THIS SETTLEMENT AGREEMENT** is made this 24th day of April, 2000, by and between the plaintiff, the United States of America (the "United States"), on behalf of the Department of Education, an agency of the United States and the defendant, Lea Butketait.("Defendant").

## FACTUAL RECITALS

A.  Plaintiff United States of America filed this action against defendant to collect the amount due on Federally guaranteed student loans, as more fully set forth in the Certificate of Indebtedness attached to the complaint filed herein.

B.  The principal amount of plaintiff's claim is the amount of $5,019.58. To date, the balance due is $5,720.30.

C.  Defendant Lea Butketait has been personally served with copies of Plaintiff's Summons and Complaint.



D.  The undersigned parties have agreed to a settlement of the instant cause upon the terms and conditions set forth below.

NOW, THEREFORE, for and in consideration of the premises and other consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

## AGREEMENT

1. The foregoing recitals are true and correct.

2. The parties hereby stipulate and agree that defendant will pay $4,290.00, in two installments.  The first installment of $2,000.00 will be paid on or before April 28, 2000 and the second installment of $2,290.00 will be paid on or before June 9, 2000.

4. Checks or money orders shall be made payable to the Department of Justice and mailed to:

> U.S. Department of Justice
> P.O. Box 198558
> Atlanta, GA 30384

*Payments must include your CIF number, C-90405*

5. If defendant fails to pay the amount set forth in paragraph two (2) within the 10 days of the due date, he shall be in default under this agreement.

6. If defendant defaults, the United States after ten (10) days notice, will file a complaint for the full amount of the indebtedness as set forth herein, plus interest to date of judgment less any payments made by the defendant.

7. It is hereby agreed that receipt of the total sum of $4,290.00, settles and satisfies all claims by the Plaintiff, the United States, against the Defendant set forth in the complaint but does not affect any other claims the United States may have against defendant.

8. The parties agree to bear their own costs and attorney's fees expended in litigation of this cause.

9. The parties hereby request that the Court to issue an order dismissing this case without prejudice.

10. This settlement agreement shall be governed by and construed in accordance with the laws of the United States of America.

11. This Settlement Agreement embodies the entire understanding of the parties hereto, and supersedes all prior negotiations, understandings and agreements between them with respect to the subject matter hereof. The provisions of this Settlement Agreement may be waived, supplemented or amended only by an instrument in writing signed by the parties.

12. If any provision of this Settlement Agreement is prohibited or held to be invalid, illegal or unenforceable in any jurisdiction, the parties hereto agree to the fullest extent permitted by law that (i) the validity, legality and enforceability or the other provisions in such jurisdiction shall not be affected or impaired thereby, and (ii) any such prohibition, invalidity, illegality or unenforceability shall not render such provision prohibited, invalid, illegal, or unenforceable in any other jurisdiction.

13. Defendant and plaintiff each hereby irrevocably waives, to the fullest extent permitted by law, any right to have a jury participate in resolving any dispute arising our of, in connection with, related to, or incidental to the relationship between them established by the Settlement Agreement, and any other instrument, document or agreement entered into in connection with this Settlement Agreement or the transactions contemplated hereby.

The parties consent to the terms of the above-specified agreement, and to the entry of an order enforcing the agreement.

|  |  |
|---|---|
| | THOMAS E. SCOTT<br>UNITED STATES ATTORNEY |
| _____<br>LEA BUTKERAIT<br>4221 NW 55th Drive<br>Coconut Creek, FL 33073<br>Tel. No.: (561)445-3442<br><br>DEFENDANT | By    _____ 5/2/00<br>MARY F. DOOLEY<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>99 N. E. 4th Street, Suite 300<br>Miami, Florida 33132-2111<br>Tel.No.: (305)961-9311<br>Fax No.: (305)530-7195<br>Bar No. 112933<br><br>COUNSEL FOR UNITED STATES |

The Court hereby ratifies and approves the above-specified agreement executed by the parties.

DONE AND ORDERED, in Chambers, at Fort Lauderdale, Florida, on this ___ day of _____, 2000.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2 day of May, 2000 to:

>Lea Butkerait
>4221 NW 44th Drive
>Coconut Creek, FL 33073

MARY F. DOOLEY
Assistant U.S. Attorney