UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6073-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEA BUTKETAIT a/k/a
LEA MODENOS,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

MAY 0 9 2000

THIS MATTER is before the Court upon the Settlement Agreement And Stipulation For Entry Of Dismissal Without Prejudice (DE 5) filed herein by the Parties. The Court having carefully considered said Settlement Agreement and Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Settlement Agreement And Stipulation For Entry Of Dismissal Without Prejudice (DE 5) filed herein by the parties be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice;

3. The Court hereby retains jurisdiction of the above-styled cause solely for the purpose of enforcing the terms and conditions of the Settlement Agreement And Stipulation For Entry Of Dismissal Without Prejudice (DE 5); and

4. To the extent not otherwise disposed of herein, all

pending Motions are hereby **DENIED** as moot.

**ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Lea Buthetait
4221 N.W. 55th Drive
Coconut Creek, FL 33073
Defendant

2